```
       FILED        LODGED
       RECEIVED     COPY

       AUG 2 3 2017

    CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Murray, M.D., | No. CV-14-01314-PHX-SPL |
| Plaintiff, | |
| vs. | |
| Mayo Clinic, et al., | |
| Defendants. | |

**COURT'S VERDICT FORM**

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 2 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Murray, M.D., | No. CV-14-01314-PHX-SPL |
| Plaintiff, | |
| vs. | **VERDICT** |
| Mayo Clinic, et al., | |
| Defendants. | |

We, the Jury, duly empaneled and sworn, find as follows:

A. **ADA Claim**

1. Was Michael Murray, M.D. regarded as disabled by Mayo Clinic Arizona?

    _X_ YES  ____ NO

*Proceed to questions 2 – 8 ONLY if you selected YES above. If you answered NO to this question, skip questions 2 - 8 and proceed to Section B.*

2. Was Michael Murray, M.D. able to perform the essential functions of the position he held at Mayo Clinic Arizona?

    _X_ YES  ____ NO

*Proceed to questions 3 – 8 ONLY if you selected YES above. If you answered NO to this question, skip questions 3 - 8 and proceed to Section B.*

3. Did Mayo Clinic Arizona terminate Michael Murray, M.D.'s employment because it regarded him as disabled?

_____ YES          __X__ NO

*Proceed to questions 4 - 8 ONLY if you selected YES above. If you answered NO to this question, skip questions 4 - 8 and proceed to Section B.*

4. Did Michael Murray, M.D. establish that the reason Mayo Clinic Arizona gave for his termination was false?

_____ YES          _____ NO

*Proceed to questions 5 - 8 ONLY if you selected YES above. If you answered NO to this question, skip questions 5 - 8 and proceed to Section B.*

5. Did Mayo Clinic Arizona establish that terminating Michael Murray, M.D.'s employment was consistent with necessary business policies or that his continued employment would be a threat to the safety of others?

_____ YES          _____ NO

*Proceed to questions 6 - 8 ONLY if you selected NO above. If you answered YES to this question, skip questions 6 - 8 and proceed to Section B.*

6. How much in compensatory damages – emotional distress, pain and suffering - should Michael Murray, M.D. be awarded?

   Compensatory Damages $_____

7. Did Dr. Murray establish that Mayo Clinic Arizona acted maliciously, oppressively, or in reckless disregard of Dr. Murray's right?

_____ YES          _____ NO

*Proceed to question 8 ONLY if you selected YES to this question. If you answered NO to this question, skip question 8 and proceed to Section B.*

8. How much in punitive damages should Michael Murray, M.D. be awarded?

   Punitive Damages $_____

**B. <u>FMLA Claim</u>**

1. Did Michael Murray, M.D. establish that Mayo Clinic Arizona interfered with Michael Murray, M.D.'s FMLA leave by considering that leave as a negative factor in terminating his employment?

   _____ YES    __X__ NO

*Proceed to question 2 ONLY if you selected YES above. If you answered NO to this question, sign and date the verdict form below.*

2. Would Mayo Clinic Arizona have terminated Michael Murray, M.D.'s employment even if he had not taken an FMLA leave?

   _____ YES    _____ NO

JUROR FOREPERSON: ___5___
                    Number

DATE: __2017-08-23__